IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANE DOE                           *

            Plaintiff             *

            vs.                    *    CIVIL ACTION NO. MJG-14-1094

NATHAN BROWN                       *

            Defendant             *

*       *       *       *       *       *       *       *       *

MEMORANDUM AND ORDER RE: COUNTERCLAIM

The Court has before it Plaintiff's Motion to Dismiss

Defendant's Counterclaim [Document 13] to which Defendant has

filed no opposition.

The Motion appears to be meritorious and is unopposed.

Accordingly:

    1.    Plaintiff's Motion to Dismiss Defendant's
          Counterclaim [Document 13].

    2.    All claims in Defendant's Counterclaim are hereby
          dismissed.


SO ORDERED, on Thursday, October 30, 2014.


                    _____/s/_____
                      Marvin J. Garbis
                 United States District Judge